# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

May 18, 2010

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

**FILED**
MAY 1 9 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re:    07-60847         Linda S. Vanauskas
                        Francis T. Vanauskas

To Whom It May Concern:

Enclosed please find check #920905 in the amount of $.01. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Linda S. Vanauskas
                  Francis T. Vanauskas
                  9 Burlington Ave
                  Gloversville, NY 12078

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli